No. 931. WESTERN HEARING AID CENTER, LTD., ET AL. *v.* DAHLBERG COMPANY. Supreme Court of Minnesota. Certiorari denied. *Joseph Robbie* for petitioners. *John M. Palmer* for respondent.

No. 945. DUPUIS *v.* CENTRAL AND SOUTHERN FLORIDA FLOOD CONTROL DISTRICT. Supreme Court of Florida. Certiorari denied. *B. E. Hendricks* for petitioner. *Charles H. Gautier* for respondent.

No. 946. BERNARD ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 930. CARLUCCI ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *V. J. Rich, Vincent M. Casey* and *Michael von Moschzisker* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 949. ROTH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 955. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Herbert Garon* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.